AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Arguello, Christine M. | 2. Court or Organization<br><br>District of Colorado | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Alfred A. Arraj U.S. Courthouse<br>901 19th St., A638<br>Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Senior Associate University Counsel | University of Colorado - Prior employer |
| 2. Director | Stapleton Development Corporation Board - Volunteer |
| 3. Director | Colorado Hispanic Bar Association Board - Volunteer |
| 4. Director | Colorado Women's Bar Association Foundation Board - Volunteer |
| 5. Vice Chair | Colorado Campaign for Inclusive Excellence - Volunteer |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | University of Colorado - Teach 2 credit hour course in Trial Advocacy, Spring 2009, $3,500 - canceled |
| 2. 2008 | Davis Graham & Stubbs LLP - Buy-out of equity interest, $4776 - exercised |
| 3. | |

Arguello_Christine_M

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | United States Judges | $18,492.99 |
| 2. 2008 | University of Colorado - Salary | $122,370.11 |
| 3. 2008 | Lexis/Nexis-Matthew Bender - Book Royalties | $3,301.81 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Boulder Valley School District - Salary |
| 2. 2008 | Colorado Department of Human Services - Childcare Subsidy |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Colorado Hispanic Bar Association | Judge's Robe and reception following my investiture | $5,123.74 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual | Mortgage on home, Pueblo, CO | M |
| 2. Chase Visa | Credit Card - 0% | J |
| 3. Elevations Credit Union | Co-signor on another's car loan - paid off | None |
| 4. AES Student Loan | Co-signor on student loans | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property 1, Colorado Springs, CO (2005 $86,000) | | None | K | T | | | | | |
| 2. Investment Property 2, Pueblo, CO (1999 $172,727) | | None | M | S | | | | | |
| 3. Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 5. MetLife Insurance Policy | | None | J | T | | | | | |
| 6. Federated Govt Obligations Fund Class SS | | None | J | T | | | | | |
| 7. Wachovia/Wells Fargo Managed Account | | | | | | | | | |
| 8. ABIAX | | None | J | T | | | | | |
| 9. PCVAX | | None | J | T | | | | | |
| 10. AHTFX | | None | J | T | | | | | |
| 11. BFAFX | | None | J | T | | | | | |
| 12. NFEAX | | None | J | T | | | | | |
| 13. Delaware US Growth FD CL A | | None | J | T | | | | | |
| 14. AEGFX | | None | J | T | | | | | |
| 15. GCMAX | | None | J | T | | | | | |
| 16. GGOAX | | None | J | T | | | | | |
| 17. GFAFX | | None | J | T | Buy (add'l) | 11/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IBFFX | | None | J | T | | | | | |
| 19. AICFX | | None | J | T | | | | | |
| 20. LAFFX | | None | J | T | | | | | |
| 21. ANFFX | | None | | | Sold | 11/20 | J | A | |
| 22. NWFFX | | None | J | T | | | | | |
| 23. PTTAX | | None | J | T | | | | | |
| 24. TRMCX | | None | J | T | | | | | |
| 25. SCWFX | | None | J | T | | | | | |
| 26. WSHFX | | None | J | T | | | | | |
| 27. FSMXX | | None | J | T | Buy | 11/24 | J | | |
| 28. DUGAX | | None | J | T | Buy | 10/20 | J | | |
| 29. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | K | T | | | | | |
| 30. Metlife Invs Ins Prods L Share Variable Annuity | | None | J | T | | | | | |
| 31. Metlife Invs Ins Prods Variable Annuity Class AA | | None | K | T | | | | | |
| 32. Nationwide Life Ins Co BOA Choice Venue SM II | | None | K | T | | | | | |
| 33. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | J | T | | | | | |
| 34. PERA - No Control | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Great-West Retirement Services - no control | | None | J | T | | | | | |
| 36. ECL | A | Dividend | J | T | | | | | |
| 37. Fidelity Investments Managed Account | | | | | | | | | |
| 38. Fid Cap Appreciation | | None | J | T | | | | | |
| 39. Fid Intl Discovery | | None | J | T | | | | | |
| 40. Fid Large Cap Value | | None | J | T | | | | | |
| 41. Fid Mid Cap Value | | None | J | T | | | | | |
| 42. Fid Real Estate Inv | | None | J | T | | | | | |
| 43. Fid Strat Div & Inc | | None | J | T | | | | | |
| 44. Fid Short Term Bond | | None | J | T | | | | | |
| 45. Fid Total Bond | | None | J | T | | | | | |
| 46. Fidelity Retirement Mmkt | | None | K | T | | | | | |
| 47. Lincoln Investment Money Market | A | Distribution | | | Distributed | 10/7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Part III, line 3 re my book royalties was inadvertently omitted from my nomination disclosure report.

In Part VII, Lines 34 - 47 were inadvertently omitted from my nomination disclosure report.

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544